IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Elzie, Sandra | Case Number: 07 B 14109 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/13/08 | Filed: 8/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 1, 2008
Confirmed: October 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,375.00 | |
| Secured: | | 800.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,392.78 |
| Trustee Fee: | | 182.22 |
| Other Funds: | | 0.00 |
| Totals: | 3,375.00 | 3,375.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,833.00 | 2,392.78 |
| 2. | Eastern Savings Bank | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 10,122.87 | 200.00 |
| 4. | Capital One Auto Finance | Secured | 14,947.58 | 600.00 |
| 5. | Eastern Savings Bank | Secured | 15,874.29 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 340.55 | 0.00 |
| 7. | HSBC Auto Finance | Unsecured | 0.82 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 630.95 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 3,522.19 | 0.00 |
| 10. | Aspire Visa | Unsecured | 314.95 | 0.00 |
| 11. | Americas Financial Choice Inc | Unsecured | 150.24 | 0.00 |
| 12. | Capital One Auto Finance | Unsecured | 8,712.13 | 0.00 |
| 13. | Aspire Visa | Unsecured | 314.94 | 0.00 |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | First Resolution Investment Corp | Unsecured | | No Claim Filed |
| 16. | Medical Collections | Unsecured | | No Claim Filed |
| 17. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 18. | Great American Finance Company | Unsecured | | No Claim Filed |
| 19. | Ffcc Columbus Inc | Unsecured | | No Claim Filed |
| 20. | HSBC | Unsecured | | No Claim Filed |
| 21. | Jvdb Asc | Unsecured | | No Claim Filed |
| 22. | Wfn-The Avenue | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | Senex Services Corp | Unsecured | | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Elzie, Sandra | Case Number: 07 B 14109 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/13/08 | Filed: 8/6/07 |

| 26. | Medical Collections | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | HSBC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 58,764.51 | $ 3,192.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 182.22 |
| | _____ |
| | $ 182.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____